750

No. 485. UNITED STATES *v.* PRATT. November 22, 1937. The motion to remand is denied. The petition for writ of certiorari to the Court of Claims is also denied. *Solicitor General Reed* for the United States. *Mr. Edward H. Cumpston* for respondent.

No. 486. UNITED STATES *v.* NORTHERN PACIFIC RY. Co. November 22, 1937. The motion to remand is denied. The petition for writ of certiorari to the Court of Claims is also denied. *Solicitor General Reed* for the United States. *Messrs. Charles W. Bunn, John S. Flannery, Lorenzo B. daPonte,* and *M. L. Countryman, Jr.,* for respondent.

No. 543. BOARD OF DIRECTORS ST. FRANCIS LEVEE DISTRICT ET AL. *v.* KURN ET AL., TRUSTEES. November 22, 1937. The motion to strike is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit is denied. *Messrs. Burk Mann, Walter G. Riddick,* and *Charles T. Coleman* for petitioners. *Messrs. E. L. Westbrooke, A. P. Stewart,* and *J. W. Jamison* for respondents.

No. 508. PETERS *v.* LAURITZEN. November 22, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Silas Blake Axtell* for petitioner. *Messrs. Edgar R. Kraetzer* and *Harold S. Deming* for respondent.

No. 512. AMEY *v.* COLEBROOK GUARANTY SAVINGS BANK ET AL. November 22, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second